385 A.2d 975

**Walter J. KENWORTHY and Louise M. Kenworthy, Appellees,**

v.

**William BURGHART, Appellant.**

Supreme Court of Pennsylvania.

Argued April 17, 1978.

Decided May 15, 1978.

Robert B. Surrick, Chester, George J. McConchie, Media, for appellant.

George J. O'Neill, Philadelphia, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Appeal is dismissed as improvidently granted.